1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
2  LAW OFFICES OF ROBERT F. KANE
   870 Market Street, Suite 1128
3  San Francisco, CA 94102
   (415) 982-1510
4

5  KEITH OGDEN, ESQ. (State Bar No. 273129)
   COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
6  2117-B University Avenue
   East Palo Alto, CA 94303
7  (650) 326-6440

8  STANLEY R. FRAZIER, ESQ. (State Bar No. 114803)
   LAW OFFICES OF STANLEY R. FRAZIER
9  870 Market Street, Suite 1128
   San Francisco, CA 94102
10 (415) 362-3035

11
   Attorneys for Plaintiffs
12 Antonio Rosales and Carmen Rosales

13
                    UNITED STATES DISTRICT COURT
14
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
15

16

17 | In Re:                          | Case No.: 5:13-cv-01316-LHK |
   |   ANTONIO ROSALES               |                             |
18 |                                 | BANKRUPTCY NO: 11-52181- ASW |
19 | ANTONIO ROSALES AND CARMEN      | ADVERSARY NO: 11-52181-ASW  |
   | ROSALES,                        |                             |
20 |                                 |                             |
21 |        Plaintiffs,              | (PROPOSED) ORDER EXTENDING  |
   |                                 | TIME TO FILE RESPONSE AND   |
22 | vs.                             | REPLY TO MOTION FOR         |
   |                                 | WITHDRAWAL OF REFERENCE TO  |
23 | VICKY ALVAREZ ROSALES; et al.,  | BANKRUPTCY COURT            |
24 |        Defendants.              | Date: October 17, 2013      |
   |                                 | Time: 1:30 p.m.             |
25 |                                 | Judge: Hon. Lucy H. Koh     |
26

27

28                                   1

   (PROPOSED) ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Stipulation of the parties, and good cause appearing therein, IT IS HEREBY ORDERED:

The time to file responses to the Defendant North American Title Company's Motion for Withdrawal of the Reference to Bankruptcy Court is extended form April 11, 2013 to May 13, 2013 and the time to file replies is extended from April 18, 2013 to May 20, 2013.

The Court notes that, when Defendant noticed its Motion for Withdrawal on March 28, 2013, Defendant did not obtain a hearing date from Courtroom Deputy Martha Parker Brown as required by this Court's procedures.[1]  Instead, Defendant filed the Motion for Withdrawal and noticed it for May 16, 2013.  The Court continued the motion hearing to October 17, 2013.  In the future, if a party intends to file a motion, the party must contact Ms. Brown to obtain a hearing date 24 hours in advance of filing the motion.

**IT IS SO ORDERED.**

Dated: April 18, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Scheduling Notes for Judge Lucy H. Koh, available at http://www.cand.uscourts.gov/CEO/cfd.aspx?7142#Notes

2

(PROPOSED) ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY