UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ANTONIO ROSALES,<br><br>                    Debtor.<br><br>ANTONIO ROSALES AND CARMEN ROSALES,<br><br>                    Plaintiffs,<br>   v.<br>VICKY ALVAREZ ROSALES et al.,<br><br>                    Defendants. | Case No.: 13-CV-01316-LHK<br>Bankr. Case No.: 11-52181-ASW<br>Bankr. Adv. No.: 12-05018-ASW<br><br>ORDER VACATING HEARING ON MOTION FOR WITHDRAWAL OF REFERENCE TO THE BANKRUPTCY COURT |

The Court finds that Defendants' Motion for Withdrawal of Reference to the Bankruptcy Court is suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b) and therefore VACATES the hearing set for October 17, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 15, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

1

Case No.: 13-CV-01316-LHK
ORDER VACATING HEARING ON MOTION FOR WITHDRAWAL OF REFERENCE TO THE BANKRUPTCY COURT