Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd., Suite 450
Walnut Creek, California 94596
Telephone: (925) 274-0200
Email: larry@glennwechsler.com

Attorneys for Defendant
NORTH AMERICAN TITLE COMPANY

**APPROVED**
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:   ANTONIO ROSALES,<br><br>        Debtor. | Case No. 5:13-cv-01316-BLF<br><br>Bankruptcy Case No.: 11-52181-ASW<br><br>Adv. Proc. No.: 12-05018-ASW |
| SOCORRO ROSALES, as administrator of the Estate of Antonio B. Rosales, deceased, and ANTONIO V. ROSALES, as the administrator of the Estate of Carmen Rosales, deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>VICKY ALVAREZ ROSALES, et al.,<br><br>        Defendants. | Assigned to:<br>Hon. Beth Labson Freeman<br><br>**ORDER APPROVING STIPULATION FOR CONTINUANCE OF HEARING AND EXTENSION OF TIME FOR FILING REPLY TO PLAINTIFF'S OPPOSITION TO NORTH AMERICAN TITLE COMPANY'S MOTION TO DISMISS** |

///

///

...

The Court, having considered the Stipulation submitted by Defendant NORTH AMERICAN TITLE COMPANY ("North American"), and Plaintiffs SOCORRO ROSALES, as administrator of the Estate of Antonio B. Rosales, deceased, and ANTONIO V. ROSALES, as the administrator of the Estate of Carmen Rosales, deceased ("Plaintiffs"), providing for a continuance of the hearing on North American's motion to dismiss, and granting an extension of time for North American to file a Reply to Plaintiffs' Opposition to the motion to dismiss, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

The Stipulation shall be and hereby is APPROVED. The hearing on North American's Motion to Dismiss shall be continued to April 30, 2015 at 9:00 a.m.  North American's Reply to Plaintiff's Opposition to the Motion to Dismiss shall be filed by April 10, 2015.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

G:\Larry\North American\Rosales\Order Approving Stipulation to Continue Hrg.3rd